RICHARD MARMARO (Bar No. 091387)
rmarmaro@skadden.com
MATTHEW D. UMHOFER (Bar No. 206607)
mumhofer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendants Planned Parenthood
Los Angeles; Planned Parenthood Shasta-Diablo;
Planned Parenthood Golden Gate; Planned Parenthood
Mar Monte; Planned Parenthood of San Diego and
Riverside Counties; Planned Parenthood Orange &
San Bernardino Counties; Planned Parenthood
Pasadena and San Gabriel Valley; Planned Parenthood
Santa Barbara, Ventura & San Luis Obispo Counties;
Six Rivers Planned Parenthood; Planned Parenthood
Affiliates of California; Mary-Jane Waglé; Martha Swiller;
and Kathy Kneer

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| P. VICTOR GONZALEZ, *QUI TAM* PLAINTIFF, ON BEHALF OF HIMSELF, THE UNITED STATES OF AMERICA, AND THE STATE OF CALIFORNIA,<br><br>            Plaintiff,<br><br>    v.<br><br>PLANNED PARENTHOOD OF LOS ANGELES, et al.,<br><br>            Defendants. | Case No. CV 05-8818-AHM (FMOx)<br><br>JUDGMENT |

On October 30, 2008, the Court executed an Order granting in whole the Motion to Dismiss of Defendants Planned Parenthood Los Angeles; Planned Parenthood Shasta-Diablo; Planned Parenthood Golden Gate; Planned Parenthood Mar Monte; Planned Parenthood of San Diego and Riverside Counties; Planned Parenthood Orange & San Bernardino Counties; Planned Parenthood Pasadena and San Gabriel Valley; Planned Parenthood Santa Barbara, Ventura & San Luis Obispo Counties; Six Rivers Planned Parenthood; Planned Parenthood Affiliates of California; Mary-Jane Waglé; Martha Swiller; and Kathy Kneer ("Defendants") and dismissing Plaintiff's action with prejudice (Docket No. 44).

Accordingly, IT IS HERBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered for Defendants and against Plaintiff.

IT IS SO ORDERED.

DATED: November 14, 2008

_____
THE HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE