O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-8818 AHM (FMOx) | Date | December 4, 2008 |
|---|---|---|---|
| Title | P. VICTOR GONZALEZ, *et al.* v. PLANNED PARENTHOOD OF LOS ANGELES, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On October 30, 2008, the Court granted Defendants' motion to dismiss this case. On November 4, 2008, Defendants lodged a proposed judgment. On November 14, 2008, the Court entered the proposed judgment, no objection having been filed by Plaintiff. The judgment was not docketed until November 17, 2008, the following Monday. Meanwhile, late in the afternoon of November 14, 2008, Plaintiff electronically filed a "Motion to Alter or Amend Judgment," the subject of this order. Plaintiff moves the Court to vacate the October 30, 2008 order pursuant to Rule 59(e). The Court DENIES Plaintiff's "Motion to Alter or Amend Judgment."[1]

Despite the caption on the motion, it is apparent that Plaintiff seeks reconsideration of the Court's dismissal of the case. It is also apparent that the motion is based on arguments that the Court has already considered, namely whether Plaintiff is an original source and whether the California legislative committee report constitutes a public disclosure under the federal False Claims Act. Much of the supporting memorandum is identical, verbatim, to arguments Plaintiff made in opposition to the motion to dismiss. No newly discovered evidence or newly issued case law is cited. Plaintiff does not even attempt to meet the standards for reconsideration under Rule 59(e) and Local Rule 7-18. His motion lacks merit and is DENIED.

//
//
//

---

[1] Docket No. 47.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-8818 AHM (FMOx) | Date | December 4, 2008 |
|---|---|---|---|
| Title | P. VICTOR GONZALEZ, *et al.* v. PLANNED PARENTHOOD OF LOS ANGELES, *et al.* | | |

//

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                                              :

                                                    Initials of Preparer              RJ