RICHARD MARMARO (Bar No. 91387)
richard.marmaro@skadden.com
MATTHEW D. UMHOFER (Bar No. 206607)
matthew.umhofer@skadden.com
JENNIFER E. LAGRANGE (Bar No. 238984)
jennifer.lagrange@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Tel.: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendants Planned Parenthood Los Angeles; Planned Parenthood Shasta-Diablo; Golden Gate Community Health (formerly "Planned Parenthood Golden Gate"); Planned Parenthood Mar Monte; Planned Parenthood of San Diego and Riverside Counties; Planned Parenthood Orange & San Bernardino Counties; Planned Parenthood Pasadena and San Gabriel Valley; Planned Parenthood Santa Barbara, Ventura & San Luis Obispo Counties; Six Rivers Planned Parenthood; Planned Parenthood Affiliates of California; Mary-Jane Waglé; Martha Swiller; and Kathy Kneer

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| P. VICTOR GONZALEZ, QUI TAM PLAINTIFF, ON BEHALF OF HIMSELF, THE UNITED STATES OF AMERICA, AND THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>PLANNED PARENTHOOD OF LOS ANGELES, et al.,<br><br>    Defendants. | CASE NO. CV 05-8818-AHM (FMOx)<br><br><u>NOTICE OF NAME CHANGE AND CASE CAPTION FOR PLANNED PARENTHOOD GOLDEN GATE</u><br><br>Judge:  Hon. A. Howard Matz |

---

NOTICE OF NAME CHANGE AND CAPTION CHANGE
CASE NO. CV 05-8818-AHM (FMOx)

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that effective September 3, 2010, Defendant Planned Parenthood Golden Gate began operating as Golden Gate Community Health.  The contact information for Golden Gate Community Health remains the same.

Because the parties and the Court are using a short-hand version of the caption, this name change should not affect the caption of this case.  In the event the parties or the Court wish to use the full version of the caption, Golden Gate Community Health hereby gives notice of a change in the full-length version of the caption.  A copy of the full-length version of the caption is attached hereto as Exhibit A.

DATED:  October 15, 2010

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Tel:  (213) 687-5368
Fax:  (213) 621-5368

By:     /s/ Matthew Donald Umhofer
            Matthew Donald Umhofer

Attorneys for Defendants Planned Parenthood of Los Angeles, et al.

---

1
NOTICE OF NAME CHANGE AND CAPTION CHANGE
CASE NO. CV 05-8818-AHM (FMOx)

**EXHIBIT A**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| P. VICTOR GONZALEZ, QUI TAM PLAINTIFF, ON BEHALF OF HIMSELF, THE UNITED STATES OF AMERICA, AND THE STATE OF CALIFORNIA,<br><br>        Plaintiff,<br><br>vs.<br><br>PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD SHASTA-DIABLO; GOLDEN GATE COMMUNITY HEALTH; PLANNED PARENTHOOD MAR MONTE; PLANNED PARENTHOOD OF SAN DIEGO AND RIVERSIDE COUNTIES; PLANNED PARENTHOOD ORANGE & SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD SANTA BARBARA, VENTURA & SAN LUIS OBISPO COUNTIES, INC.; SIX RIVERS PLANNED PARENTHOOD; PLANNED PARENTHOOD AFFILIATES OF CALIFORNIA; MARY-JANE WAGLE; MARTHA SWILLER; KATHY KNEER; and DOES 1 through 100,<br><br>        Defendants. | CASE NO. CV 05-8818-AHM (FMOx)<br><br>Judge: Hon. A. Howard Matz |